682 A.2d 719

IN THE MATTER OF OLIVIA C. HOWARD,
AN ATTORNEY AT LAW.

October 8, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **OLIVIA C. HOWARD** formerly of **EAST ORANGE**, who was admitted to the bar of this State in 1981, and who was thereafter suspended from the practice of law for a period of three months effective May 1, 1996, by Order of this Court dated April 12, 1996, be restored to the practice of law, effective immediately.